FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 4 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

HLM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LYNLEY EDWARDS, NICOLE NEAL, )
DAVID CROUCH, JOSHUA SHAPIRO )
AND MICHEAL GILLAM, Individually )
And On Behalf Of All Others Similarly )
Situated, )
            )
        Plaintiff, )   CIVIL ACTION
            )   NO. **1 10-CV-1735**
v.          )
            )
MATTRESS GIANT CORPORATION, )
            )
        Defendant. )
            )

## NOTICE OF REMOVAL

Defendant Mattress Giant Corporation, the only defendant in this action, gives notice that it is removing the above case from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Defendant respectfully states as follows:

1.  Plaintiffs brought this action against Defendant in the Superior Court of Fulton County, Georgia, under the caption *Edwards, et al. v. Mattress Giant Corporation*, No. 2010CV185004, by serving a copy of the Complaint and Summons on Defendant on or about May 5, 2010. A copy of the Summons and Complaint are filed as Attachment "A."

2. The Complaint alleges that "This action is brought by current and former employees of Defendant on behalf of all current and former employees who were paid by the hour, for violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA")." (Compl. ¶ 10.)

3. The Complaint further alleges that Defendant allegedly failed to properly compensate these employees for overtime worked and earned. (*Id.*) For relief, Plaintiffs seek unspecified compensatory damages, liquidated damages, declaratory and injunctive relief, plus attorneys' fees and costs. (*Id.* ¶ 47)

4. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this civil action because Plaintiffs' claims arise under, and allege violations of, federal law, specifically the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 – 219, as amended by the Portal-to-Portal Act, *id.* §§ 251 – 62. In short, Plaintiffs' Complaint raises questions of federal law.

5. Because Plaintiffs' Complaint raises questions of federal law over which this Court has jurisdiction, this action may be properly removed to this Court pursuant to the provisions of 28 U.S.C. §1441.

6. Because this action was pending in the Superior Court of Fulton County, Georgia, before removal, venue is proper in this District. 28 U.S.C. § 1391(b) & (c).

7. This Notice is filed within thirty (30) days after Defendant received the Summons and Complaint on May 5, 2010. Thus, this Notice of Removal is timely under 28 U.S.C. § 1441.

8. Defendant is giving prompt written notice of this Notice of Removal to Plaintiffs on today.

9. A duplicate copy of this Notice of Removal has been filed with the Clerk of Court for the Superior Court of Fulton County, Georgia, as provided by 29 U.S.C. §1446(d). (*See* Attachment "B").

WHEREFORE, having fully complied with all requirements for proper removal, this action is properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 4th day of June 2010.

_/s/ A. Craig Cleland_
A. Craig Cleland
GA Bar No. 129825
Email: craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone: (404) 881-1300
Facsimile: (404) 870-1732

and

Chris R. Pace Kansas No. 17178
(application for pro hac vice
 admission pending)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816.471.1301
Facsimile: 816.471.1303
Email: chris.pace@ogletreedeakins.com

Attorneys for Defendant
MATTRESS GIANT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNLEY EDWARDS, NICOLE NEAL, DAVID CROUCH, JOSHUA SHAPIRO AND MICHEAL GILLAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS GIANT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. |

## CERTIFICATE OF SERVICE

I certify that on **June 4, 2010**, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, and also sent a copy of this filing by first-class U.S. mail to Plaintiffs' attorneys of record:

Stacy Barnett, Esq.
THE BARNETT LAW FIRM P.C.
181 East Main Street
Canton, Georgia 30114

Mitchell D. Benjamin, Esq.
BILLIPS & BENJAMIN LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339

*/s/ A. Craig Cleland*
A. Craig Cleland
GA Bar No. 129825
Email: craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone:  (404) 881-1300
Facsimile:   (404) 870-1732

and

Chris R. Pace Kansas No. 17178
(application for pro hac vice
      admission pending)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, MO  64112
Telephone: 816.471.1301
Facsimile: 816.471.1303
Email: chris.pace@ogletreedeakins.com

Attorney for Defendant
MATTRESS GIANT CORPORATION