UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LYNLEY EDWARDS, NICOLE NEAL, DAVID CROUCH, JOSHUA SHAPIRO And MICHAEL GILLAM, Individually And On Behalf Of All Others Similarly Situated, | * * * * * * | CIVIL ACTION FILE 1:10-CV-1735-HLM-WEJ |
| Plaintiffs, | * * | |
| v. | * * * | |
| MATTRESS GIANT CORPORATION, | * * | |
| Defendant. | * | |

### CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned hereby certifies that this day, I have, this day mailed via United States mail service, with sufficient and properly affixed postage, Justin Ouellette, Justin Gates, Steven Weintraub, Ariana Martinez, Edward Liotta, Carl Johnson, Dennis Wyatt, Christopher Gravuer, Robert Bladen, Gary Pearcy, John Greenwood, Mark Silber, Kenneth Engstrom, Jones Taylor's RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS, which further complies with the type and format (including type and point size) selections as set forth in

L.R. 5.1(B) and 7.1(D), N.D. Ga. as being prepared in 14 Point Times New Roman with no more than ten (10) characters per inch, and have filed, with the Clerk of Court in the United States District Court, for the Northern District of Georgia, Atlanta Division, this CERTIFICATE OF SERVICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

A. Craig Cleland, Esq.
Tracey T. Barberee, Esq.
Justin M. Scott, Esq.
Bonnie Puckett, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, NE, Suite 4800
Atlanta, Georgia 30303

Chris R. Pace, Esq.
Tracy F. George, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Central Plaza
4717 Grand Ave., Suite 300
Kansas City, MO 64112

/s Stacy Barnett
Stacy Barnett
Georgia Bar No. 039253
BARNETT LAW FIRM, P.C.
181 East Main Street
Canton, Georgia 30114
(770) 720-9522 Office
(770) 720-1770 Facsimile
barnettlawfirmpc.com